UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHAD A. GIFFORD, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:16-CV-0668-CAP |
| AMERICAN EXPRESS; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

O R D E R

On March 3, 2016, the plaintiff filed his complaint [Doc. No. 1]; it was signed by attorneys Orion G. Webb and Joseph P. McClelland.  The complaint also listed Miranda Hanley as counsel for the plaintiff.  Mr. McClelland has not been admitted to this court.  He was alerted to this deficiency via telephone and letter; in response, he indicated he would withdraw from the case.  However, he has failed to do so.  Moreover, Mr. McClelland has failed to gain admittance to this court.  Accordingly, he is removed as counsel for the plaintiff.  The clerk is DIRECTED to remove Mr. McClelland from the docket.  The clerk is further DIRECTED to mail a copy of this order to Mr. McClelland at 583 East Third Street, Jackson, GA 30233.  Mr. McClelland

will not be copied on future filings made on the court's docket.  The plaintiff will continue to be represented by Miranda Hanley and Orion Webb.

    **SO ORDERED** this 10th day of May, 2016.

                                            /s/ Charles A. Pannell, Jr.
                                            CHARLES A. PANNELL, JR.
                                            United States District Judge